No. 10-6958. Khari Leon Hollins, Petitioner. v. Georgia.

562 U.S. 1143, 131 S. Ct. 911, 178 L. Ed. 2d 761, 2011 U.S. LEXIS 258.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of Georgia denied.

Same case below, 287 Ga. 233, 695 S.E.2d 23.